

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00674-CV

**IN THE INTEREST OF J.R.L.**, et al., Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00631
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 13, 2019.

_____
Rebeca C. Martinez, Justice